FILED:  September 18, 2024

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 22-4508 (L)

_____

UNITED STATES OF AMERICA,

        Plaintiff – Appellee,

v.

AGHEE WILLIAM SMITH, II,

        Defendant – Appellant.

_____

O R D E R

_____

The court amends its opinion filed September 17, 2024, as follows:

On page 4, subsection A. is added directly under section I.

For the Court—By Direction

/s/ Nwamaka Anowi, Clerk